UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN RODEN, #319782, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>DARRELL PLONT and TRINITY FOOD SERVICE )<br>GROUPS, )<br>Defendants. )<br>) | No. 2:17-cv-188<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 69), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  September 23, 2019             /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge